IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CALVIN COLLINS,           )<br>)<br>Plaintiff,             )<br>)<br>vs.                    )<br>)<br>)<br>)<br>STANDARD PARKING CORPORATION and  )<br>JOHN DOES 1-5,                  )<br>)<br>Defendants.            ) | CIVIL ACTION NO.:<br>1:12-CV-04222-CC |

(1)

**State precisely the classification of the cause of action being filed, a brief factual outline of the case including Plaintiffs' contentions as to what Defendant did or failed to do, and a succinct statement of the legal issues in the case.**

This is case concerning premises liability. On or about December 15, 2010, Defendants were the operators of real estate located at Employee Parking "Lot A" in the Hartsfield-Jackson Airport complex in Atlanta. Defendants had contractually agreed to maintain and manage Parking Lot "A" on behalf of the owners of Hartsfield-Jackson Airport. Defendants negligently maintained the parking lot within the Atlanta Airport Employee Parking area, failing to monitor the parking lot for dangerous ice, remediate the icy conditions and warn

pedestrians of dangers of which Defendants and their agents had actual or constructive knowledge. As a result of the Defendants' negligence, Plaintiff Calvin Collins sustained serious bodily injury when he fell on ice in the parking lot en route to his vehicle. Mr. Collins injured his head, neck, and shoulder, back and hip when he fell on ice at the premises. Plaintiff seeks damages for personal injuries, permanent disability, pain and suffering as a result of the accident. In addition, Plaintiff seeks lost wages and income.

(2)

**Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Plaintiffs contend are applicable to this action.**

(a) O.C.G.A. § 51-3-1; Defendants failed to keep premises and approaches safe for invitees;

(b) O.C.G.A. § 44-7-14;

(c) Committing other reckless and negligent acts and omissions, as shall be shown by the evidence and proven at trial.

(3)

**Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment "A".)**

(4)

Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provision of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment "B".)

(5)

Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment "C").

(6)

In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Responses to Mandatory Disclosures as Attachment "D").

(7)

Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be

entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

(8)

Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in Plaintiffs' Cause of Action and state the basis and extent of such interest. (Attach any copies and descriptions to Responses to Mandatory Disclosures as Attachment "E")

Respectfully submitted,

/s/ P. Charles Scholle
**P. Charles Scholle**
Georgia Bar. No. 629736
Attorney for Plaintiff
P. Charles Scholle, PC
6340 Sugarloaf Parkway, Suite 200
Duluth, Georgia 30097
Telephone: 770-717-5100
Facsimile: 404-581-5970
Email: cscholle@schollelaw.com

## PLAINTIFFS' WITNESS LIST (ATTACHMENT "A")

Witnesses present at time of incident or shortly thereafter:

Defendants;

Calvin Collins c/o Attorney Charles Scholle;

Leonard Oliver c/o Attorney Charles Scholle;

Clifford Taylor, 3340 Imperial Hill, Snellville, Georgia 30039; (678) 523-5516;

Joseph Ngi, Department of Aviation, P. O. Box 20509, Atlanta, Georgia 30320; (404) 877-8264.

Medical Witnesses:

Dr. Ezequiel Cassinelli, Peachtree Orthopedic Clinic, 2001 Peachtree Road, N.E., Suite 705, Atlanta, Georgia 30309; Phone: 404-355-0743;

Dr. Donald F. Langenbeck, Jr., Peachtree Orthopaedic Clinic, 1901 Phoenix Boulevard, Suite 200, College Park, Georgia 30349; Phone: 404-355-0743;

H. Herndon Murray, M.D., Peachtree Orthopaedic, 2001 Peachtree Road, N.E. Suite 705, Atlanta, Georgia 30309; Phone: 404-355-0743;

Dr. Christopher Edwards, Atlanta Neurological and Spine Institute, L.L.C., 285 Boulevard, Northeast, Suite 610, Atlanta, Georgia 30312; Phone: 404-265-6701;

Dr. Patricia Davis, MRI & Imaging of Georgia, Hapeville Diagnostic Imaging, 535 North Central Avenue, Hapeville, Georgia 30354;

Dr. Craig Weil, Center for Orthopedic and Sports Medicine, 1211 Johnson Ferry Road, Marietta, Georgia 30058; Phone: 770-565-0011;

Dr. Efrim Moore, North Georgia Pain Clinic, 1320 Oakside Drive, Canton, Georgia 30114; Phone: 770-479-2322;

Evadne Parkinson, MA, PT, OnSite Physical Therapy, 1715 Howell Mill Road, Suite B2, Atlanta, Georgia 30318; Phone: 404-351-5432;

Carol Anne Reynolds, MSPT, OnSite Physical Therapy, 1715 Howell Mill Road, Suite B2, Atlanta, Georgia 30318; Phone: 404-351-5432;

Wendy Mitchell, M.D., Choice Care Occupational Medicine, 791 Oak Street, Hapeville, Georgia 30354; Phone: 404-601-2000;

Paul L. Klicker, M.D., Choice Care Occupational Medicine, 791 Oak Street, Hapeville, Georgia 30354; Phone: 404-601-2000;

C. Paul Sizemore, M.D., Choice Care Occupational Medicine, 791 Oak Street, Hapeville, Georgia 30354; Phone: 404-601-2000;

Samuel Gibson, PA-C, Choice Care Occupational Medicine, 791 Oak Street, Hapeville, Georgia 30354; Phone: 404-601-2000.

Damages Witnesses:

Michael Lee, 6756 Jules Trace, Palmetto, Georgia 30268; (404) 808-4539;

Shyelma P. Collins, 1055 Waluhiyi Trail, Macon, Georgia 31220; (478) 718-9535;

Carol L. Collins, 8211 Redlands Street, #7, Playa Del Rey, California 90293; (901) 690-2877;

This list of witnesses may be supplemented as discovery progresses.

## PLAINTIFFS' EXPERT WITNESS LIST (ATTACHMENT "B")

Except for medical witnesses listed in Attachment "A", non at this time. Plaintiff will supplement this list with the list of experts in accordance with the F.R.C.P. and L.R. of the Northern District of Georgia if experts are retained.

## PLAINTIFFS' DOCUMENTS LIST AND DESCRIPTIONS
## (ATTACHMENT "C")

Medical Records and Bills of Calvin Collins;

Income and tax returns of Calvin Collins;

Lost Wage Verification;

Any documents presently in the possession of Defendants that Plaintiffs may obtain thru discovery;

Plaintiffs reserve the right to supplement this response as Discovery proceeds.

## PLAINTIFFS' COMPUTATION OF DAMAGES (ATTACHMENT "D")

Medical expenses of Calvin Collins computed as the actual charges.

## MEDICAL BILL SUMMARY FOR
## CALVIN J. COLLINS

| MEDICAL PROVIDER | TOTAL |
|---|---|
| Onsite Rhab Physical Therapy | $6060.00 |
| Choice Care Occupational Medicine and Orthopaedics | $1350.60 |
| Atlanta Neurological and Spine Institute | $1868.00 |
| MRI & Imaging of Hapeville | $1037.04 |
| Peachtree Orthopaedic Clinic - College Park | $2522.00 |

## TOTAL MEDICALS $12,837.64

Lost wages and future lost wages of Calvin Collins as the actual damages which have yet to be fully computed.

Pain and suffering of Calvin Collins as computed by the enlightened conscience of an impartial jury.

Future special and general damages, if applicable, as computed by the enlightened conscience of an impartial jury.

Plaintiff reserves the right to supplement these responses as more information becomes available.

## PLAINTIFFS' DOCUMENTS LIST AND DESCRIPTIONS (ATTACHMENT "E")

Plaintiff is presently unaware of any parties claiming a subrogation interest in his case. However, Plaintiff reserves the right to supplement this response as Discovery proceeds.

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1B**

I hereby certify that the foregoing document has been computer processed in compliance with M.D. GA Local Rule 5.

Respectfully submitted,

/s/   **P. Charles Scholle**
**P. Charles Scholle**
Georgia Bar. No. 629736
Attorney for Plaintiff
P. Charles Scholle, PC
6340 Sugarloaf Parkway, Suite 200
Duluth, Georgia 30097
Telephone:  770-717-5100
Facsimile:   404-581-5970
Email:         cscholle@schollelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CALVIN COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 1:12-CV-04222-CC |
| ) | |
| STANDARD PARKING CORPORATION and ) | |
| JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on today's date I electronically filed the Plaintiffs' Initial Disclosures with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Wayne Melnick
>Gray, Rust, St. Amand,
>Moffett & Brieske, L.L.P.
>1700 Atlanta Plaza
>950 East Pace Ferry Road
>Atlanta, Georgia 30326
>Telephone:  (404) 870-7390
>Facsimile:  (404) 870-1030
>E-mail:  wmelnick@grsmb.com

Respectfully submitted,

This 7 day of January, 2013

                                /s/   P. Charles Scholle
                                **P. Charles Scholle**
                                Georgia Bar. No. 629736
                                Attorney for Plaintiff
                                P. Charles Scholle, PC
                                6340 Sugarloaf Parkway, Suite 200
                                Duluth, Georgia 30097
                                Telephone:  770-717-5100
                                Facsimile:  404-581-5970
                                Email:         cscholle@schollelaw.com